UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERPRISES LEONARD INC.,
et al,

    Plaintiffs,                                  Case No: 15-12450

vs                                              Hon. Victoria A. Roberts

MONTROSE CHARTER TOWNSHIP,
et al,

    Defendants.
_____/

## JUDGMENT

In accordance with the Jury Verdict rendered on January 24, 2017, Judgment is entered in favor of defendants Montrose Charter Township and Mark Emmendorfer and against plaintiffs Enterprises Leonard Inc., Leonard Auto Works & Towing and Sarah Leonard a/k/a Sadie Leonard.

Dated at Detroit, Michigan on the 26th day of January, 2017.

                                                           David J. Weaver
                                                           Clerk of the Court

                                  By:    S/Carol A. Pinegar
                                                            Deputy Clerk

Approved by:

S/Victoria A. Roberts
Hon. Victoria A. Roberts
United States District Judge